DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARK D. MCWILLIAMS** a/k/a
**MARK MCWILLIAMS,**
Appellant,

v.

**THE BANK OF NEW YORK,** as successor to **JP MORGAN CHASE BANK, N.A. AS TRUSTEE FOR THE HOLDERS OF SAMI II 2006-ARI, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR1,**
Appellee.

No. 4D16-3498

[November 16, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Judge; L.T. Case No. CACE 08-32838 (08).

Thomas P. Murphy of T. P. Murphy's Law, P.A., Miami, for appellant.

Sara F. Holladay-Tobias, Emily Y. Rottmann, and C. H. Houston III, of McGuire Woods, LLP, Jacksonville, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, KLINGENSMITH, JJ., and BELANGER, ROBERT, Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***